## FREDERICK BELLINGER AND FREDERICK HARTER, MERCHANTS TRADING UNDER THE FIRM OF BELLINGER & HARTER, *versus* WINANS CLARK

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Rule to bring body *p. 301; (2) time for filing declaration extended *p. 357; (3) rule to bring body *p. 379; (4) referred *p. 490; (5) award filed, rule for judgment *p. 508; (6) rule for judgment *p. 511.
PAPERS IN FILE: (1) Precipe for capias; (2) affidavit for bail; (3) capias and return; (4) recognizance; (5) draft of bail piece; (6) bail piece; (7) exception to bail; (8) justification of bail; (9) declaration; (10) agreement for withdrawal of exception to bail and for a continuance; (11) agreement for reference; (12) agreement that referees take files; (13) oyer of orders and receipts; (14) notice of taking depositions; (15) deposition of Elisha Taylor; (16) deposition of David Long; (17) deposition of Leonard Case;

(18) deposition of William Ingersol; (19) deposition envelope; (20) affidavit of payment of expense of depositions; (21) depositon of John Burtis; (22) deposition of Leonard Case; (23) deposition of Reuben Wood; (24) deposition of Leonard Case; (25) award of referees; (26) affidavit of payment of fees for copies of papers; (27) precipe for ca. sa.; (28) writ of ca. sa. and return; (29) copy of receipt for amount of judgment; (30) satisfaction piece; (31) memo. of evidence; (32) copy of deed—Winans Clark to Reuben Wood; (33) copies of pleadings on file in Court of Common Pleas, Cuyahoga County, Ohio; (34–35) receipts for salt.

*1822–23 Calendar,* MS p. 28. Recorded in *Book B,* MS pp. 291–95.